THOMAS MANUF'G CO., Appellant, v. PALMER, Respondent.

(Supreme Court, General Term, Fifth Department. January 18, 1894.)

Action by the Thomas Manufacturing Company against Benjamin Palmer. No opinion. Motion to dismiss the appeal, upon the ground that the notice· of appeal was not served within the time limited by the Code, granted, with $10 costs.

TOMPKINS et al., Appellants, v. HUNTER et al., Respondents.

(Supreme Court, General Term, Fifth Department. January 18, 1894.)

Action by Charles N. Tompkins and others against Charles Hunter and others. No opinion. Judgment appealed from affirmed, with costs, on the opinion. of BRADLEY, J., at special term. 24 N. Y. Supp. 8.

WARD, Respondent, v. MYERS, Appellant.

(Supreme Court, General Term, Fifth Department. January 18, 1894.)

Action by John D. Ward against Charles H. Myers. No opinion. Motion to strike case from calendar, and for affirmance on. ground of nonservice of printed papers, granted on default.

WICKHAM, Respondent, v. HARTER et al., Appellants.

(Supreme Court, General Term, Fifth Department. January 18, 1894.)

Action by Martha M. Wickham against Sanford Harter and another. No opinion. Judgment of the county court, Niagara county, appealed from,. affirmed, with costs.

WRIGHT, Respondent, v. MASTIN et al., Appellants.

(Supreme Court, General Term, Fifth Department. January 18, 1894.)

Action by Frank D. Wright against George Mastin and Eliza J. Mastin. No opinion. Judgment appealed from affirmed, with costs.

BARNARD, Appellant, v. BROWN et al., Respondents.

(Supreme Court, General Term, Fifth Department. March 27, 1894.)

Action by Persons S. Barnard against Mary A Brown and another. Argued before DWIGHT, P. J., and LEWIS, HAIGHT, and BRADLEY, JJ.. No opinion. Judgment appealed from affirmed, with costs.